**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:24-cv-22542-JB

CARLOS BRITO,

      Plaintiff,

v.

RICOR ENTERPRISES, INC. d/b/a EL PUB
RESTAURANT,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, RICOR ENTERPRISES, INC. d/b/a EL PUB RESTAURANT, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this August 15, 2024.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff, Carlos Brito*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By:     */s/  Anthony J. Perez*
      ANTHONY J. PEREZ
      Florida Bar No.: 535451

LAW OFFICES OF KURT R. KLAUS, JR.
*Attorneys for Defendant*, *RICOR ENTERPRISES, INC. d/b/a EL PUB RESTAURANT*
Palmetto Bay Centre, Suite 225
15715 South Dixie Highway
Palmetto Bay, Florida 33157
Tel: (786) 249-0015
Fax: (786) 249-0484
Email: Kurt@kurtrklauslaw.com


By: */s/ Kurt R. Klaus Jr.*
    KURT R. KLAUS JR.
    Florida Bar No. 299804


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 15, 2024.

Respectfully submitted,


**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff, Carlos Brito*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By:  */s/ Anthony J. Perez*
    ANTHONY J. PEREZ

2