**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-22542-JB/Torres**

CARLOS BRITO,

               Plaintiff,

v.

RICOR ENTERPRISES, INC.,

               Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Final Dismissal with Prejudice. ECF No. [18]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs except as indicated in the parties' settlement agreement. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 27th day of August, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**